# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PADILLA,<br><br>              Petitioner,<br>    vs.<br>AUDREY KING, et al.,<br><br>              Respondents. | Case No. CV 13-8729-PA (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered granting the Motion to Dismiss and dismissing this action with prejudice.

Dated: October 9, 2014

                                                            PERCY ANDERSON<br>
                                                            UNITED STATES DISTRICT JUDGE