JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PADILLA, <br><br> Petitioner, <br> vs. <br><br> AUDREY KING, et al., <br><br> Respondents. | Case No. CV 13-8729-PA (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: October 9, 2014

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE