JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PADILLA,<br><br>                Petitioner,<br>vs.<br><br>AUDREY KING, et al.,<br><br>                Respondents. | Case No. CV 13-08729-PA (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Granting Relief From Judgment and Directing Reentry of Judgment,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: May 15, 2015

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE